ELLEN RINGWOOD, Respondent, v. F. S. GEORGE & SON, INC., and WALTER STRANG, Appellants.— Defendants appeal from a judgment in plaintiff's favor in the sum of $1,250, and from an order denying their motion for a new trial. The action is to recover damages for personal injuries and injuries to property. On July 13, 1939, plaintiff was driving her automobile easterly on Austerlitz street in the village of Chatham. That street is intersected at right angles by Spring street. At the intersection plaintiff's car collided with a truck owned by the corporate defendant and driven by the codefendant. That truck was proceeding southerly on Spring street. Questions of fact only are involved as to the speed of the respective vehicles and the point where the collision actually occurred. Defendants' principal argument for reversal is based on the contention that plaintiff was guilty of contributory negligence as a matter of law in failing to bring her car to a stop before she entered the intersection in accordance with the requirements of an ordinance adopted by the village. The trial judge in his charge instructing the jury held that the village had no authority to enact the ordinance in question and that consequently it was invalid and that plaintiff was not required to comply therewith. No exception was taken to the charge of the court. On this appeal the charge is the law of the case. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

JOSEPHINE O'NEIL, Respondent, v. DOMINICK POMPEII, Appellant.— Appeal from an order of the Broome County Court made and entered on November 10, 1939, and a judgment rendered on the same day, affirming a judgment of the City Court of Binghamton, rendered on May 8, 1939, in favor of the plaintiff and against the defendant, in the sum of $164.30 damages. This action is for damages to plaintiff's automobile as the result of a collision on September 20, 1938, between plaintiff's automobile and an automobile owned by the defendant and operated by defendant's son. The answer denies liability and sets up a counterclaim. The case was originally tried by the City Court of the City of Binghamton, without a jury, and resulted in a judgment in favor of the plaintiff for $164.30 damages and $29.33 costs. This judgment has been affirmed by the County Court of Broome County. The evidence showed that plaintiff's automobile was proceeding along Broad avenue in the city of Binghamton behind that of the defendant and that defendant's car stopped suddenly and without warning. After the accident the defendant agreed to pay for the repairs to plaintiff's car and went to the garage where the same was repaired and stated that he was going to pay for them. It was shown that the defendant's son, who was driving the car at the time of the accident, had on previous occasions driven the car. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.